```
 1  SEAN P. PATTERSON, Esq.                    ELECTRONICALLY FILED
    STATE BAR NUMBER 5736                           4-16-25
 2  232 Court Street
    Reno, Nevada 89501
 3  (775) 786-1615

 4  Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

```
IN RE:                          Case No.  BK-N-25-50344-HLB
     PERRY L. SISCO                   (Chapter 13)
                                CERTIFICATE OF MAILING
                                Hearing Date: 8-21-25
                                Hearing Time: 3:00 p.m.
                                Time Required: 5 Minutes

          Debtor.
_____/
```

I certify, under penalty of perjury, that the foregoing statement is true and correct:

1) That on April 16, 2025, I mailed a true copy of Notice and Chapter 13 Plan to: all creditors and otherwise interested parties in the above captioned matters as evidenced by the attached mailing matrix.

2) That such mailing was accomplished by first class mail, prepaid.

3) This document was sent to William Van Meter, Trustee, via electronic mail.

4) This certificate is true and correct and signed under penalty of perjury pursuant to 28 U.S.C. Sec. 1746.

Respectfully submitted this 16th day of April 2025.

/S/SEAN P. PATTERSON
SEAN P. PATTERSON, ESQ.

**JEFFERSON CAPITAL SYSTEM**
200 14TH AVE. EAST
SARTELL, MN 56377

**WASHOE COUNTY TREASURER**
P.O. BOX 30039
RENO, NV 89520