| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | PERRY | L. | SISCO |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: District of | | Nevada | |
| Case number (if known) | 25-50344 | | |

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

| 2.1 | PROPEL FINANCIAL SERVICES | Describe the property that secures the claim: | $4,300.00 | $0.00 | $4,300.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |
| | ATTN: PHILLIP A. SILVESTRI, ESQ. | | | | |
| | 3993 HOWARD HUGHES PKWY #400 | As of the date you file, the claim is: Check all that apply. | | | |
| | Number   Street | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Las Vegas, NV 89169 | | | | |
| | City   State   ZIP Code | | | | |
| | Who owes the debt? Check one. | Nature of lien. Check all that apply. | | | |
| | ☑ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit | | | |
| | ☐ At least one of the debtors and another | ☐ Other (including a right to offset) _____ | | | |
| | ☐ Check if this claim relates to a community debt | | | | |
| | Date debt was incurred _____ | Last 4 digits of account number __ __ __ __ | | | |

Add the dollar value of your entries in Column A on this page. Write that number here:  **$4,300.00**

Debtor 1  PERRY         L.            SISCO                   Case number *(if known)* 25-50344
         First Name    Middle Name    Last Name

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.2 WASHOE COUNTY TREASURER**
Creditor's Name
P.O. BOX 30039
Number    Street

RENO, NV 89520
City    State    ZIP Code

Describe the property that secures the claim:

9320 N. VIRGINIA STREET Reno, NV 89506

$9,000.00    $88,000.00    $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:    **$9,000.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$13,300.00**

Fill in this information to identify your case:

Debtor 1  **PERRY** **L.** **SISCO**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of  **Nevada**

Case number **25-50344**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **GRAND VIEW TERRACE GID** | Last 4 digits of account number ___ ___ ___ ___ | $800.00 |

Nonpriority Creditor's Name

**301 KENNEDY DR.**
Number    Street

When was the debt incurred? _____

**Reno, NV 89506**
City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Utility Bills**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1 __PERRY_____L._____SISCO_____ Case number *(if known)* 25-50344
         First Name     Middle Name    Last Name

**Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          Total claim

**4.2** JEFFERSON CAPITAL SYSTEM
Nonpriority Creditor's Name
200 14TH AVE. EAST
Number      Street

SARTELL, MN 56377
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___     $1,500.00
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection Agency

Is the claim subject to offset?
☑ No
☐ Yes

Remarks: 2 ACCOUNTS
         SPRINT
         VERIZON

**4.3** WASHOE COUNTY TREASURER
Nonpriority Creditor's Name
P.O. BOX 30039
Number      Street

RENO, NV 89520
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___     $200.00
When was the debt incurred?  2024-25

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Utility Bills

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor 1 | PERRY | L. | SISCO | Case number *(if known)* 25-50344 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total claim |
|---|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | | $0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | | $0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | | $0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + | $0.00 |
| 6e. | **Total.** Add lines 6a through 6d. | 6e. | | $0.00 |

**Total claims from Part 2**

| | | | | Total claim |
|---|---|---|---|---|
| 6f. | Student loans | 6f. | | $0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | | $0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | | $0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + | $2,500.00 |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. | | $2,500.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **PERRY** | **L.** | **SISCO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Nevada** | |
| Case number (if known) | 25-50344 | | |

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Perry L. Sisco_____

PERRY L. SISCO, Debtor 1

Date **06/16/2025**
MM/ DD/ YYYY

Official Form 106Dec                   Declaration About an Individual Debtor's Schedules